LAWRENCE G. WASDEN
ATTORNEY GENERAL
STATE OF IDAHO
DARRELL G. EARLY
Chief, Natural Resources Division
KATHLEEN E. TREVER (Idaho Bar No. 4862)
OWEN H. MORONEY (Idaho Bar No. 9553)
Deputy Attorneys General
600 S. WALNUT STREET
P.O. BOX 25
BOISE, ID 83707
TELEPHONE: (208) 334-3715
FAX: (208) 334-4885
E-Mail:   kathleen.trever@idfg.idaho.gov
          owen.moroney@idfg.idaho.gov

*Attorneys for State of Idaho Officials*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF IDAHO**

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>BRAD LITTLE, Governor Of Idaho; ED SCHRIEVER, Director of Idaho Dept. of Fish and Game; DERICK ATTEBURY, DAVE BOBBITT, GREG CAMERON, LANE CLEZIE, RON DAVIES, DON EBERT, TIM MURPHY, Members of the Idaho Fish and Wildlife Commission.<br><br>Defendants. | Case No. 2:21-CV-00479-DCN<br><br>UNOPPOSED MOTION TO CLARIFY/SET SCHEDULE FOR RESPONSE TO PLAINTIFFS' MOTION FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION (Dkt. 6) |

COMES NOW Kathleen E. Trever, Deputy Attorney General, on behalf of Defendants Governor Brad Little, Department of Fish and Game Director Ed Schriever; and Derick Attebury, Dave Bobbitt, Greg Cameron, Lane Clezie, Ron Davies, Don Ebert, and Tim Murphy, who are sued in their official capacities, (collectively "State Officials"), to move this Court to adopt a deadline of Friday, January 14, 2022 for State Officials to file a response to Plaintiffs' Motion for Temporary Restraining Order and Preliminary Injunction.

This motion is supported by Stipulation for Scheduling of Response to Plaintiffs' Motion for Temporary Restraining Order, along with a Stipulation of the Parties for Waiver of Service of Summonses and Time for Answer filed herewith. The Parties have stipulated to the January 14, 2022 deadline for a single, collective response by State Officials to Plaintiffs' TRO/PI to accommodate party scheduling considerations and in light of the variation of dates of service of summonses as to the separately named state officials, not all of whom may yet be served in compliance with Fed. R. Civ. P. 4.

In making this motion, State Officials do not waive defenses, objections, or arguments to the lawsuit, to the jurisdiction or venue of the court, or to Plaintiffs' Motion for Temporary Restraining Order and Preliminary Injunction, except for objections based on a defect in the summons or in the service of the summons, or the timeframe between the initial Docketed date for response to Plaintiffs' Motion for TRO/PI of December 27, 2021 and January 14, 2022.

DATED this 20th day of December 2021.

/s/ Kathleen E. Trever
Kathleen E. Trever
Deputy Attorney General
Counsel for State Defendants

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 20th day of December, 2021, I filed the foregoing electronically through the CM/ECF system, which caused the following counsel to be served by electronic means, as more fully reflected on the Notice of Electronic filing:

Dana M. Johnson, ID Bar # 8359
Wilderness Watch
P.O. Box 9765
Moscow, ID 83843
(208) 310-7003
danajohnson@wildernesswatch.org
*Counsel for Plaintiffs*

Benjamin J. Scrimshaw, *pro hac vice* (MT Bar # 65138910)
Shiloh S. Hernandez, *pro hac vice* (MT Bar # 9970)
Emily T. Qiu, *pro hac vice* (MT Bar # 68269062)
Earthjustice
313 East Main Street
P.O. Box 4743
Bozeman, MT 59772-4743
(406) 586-9699 | Phone
bscrimshaw@earthjustice.org
shernandez@earthjustice.org
eqiu@earthjustice.org
*Counsel for Plaintiffs*

                                            */s/ Kathleen E. Trever*
                                            Kathleen E. Trever
                                            Deputy Attorney General