Info updating (to 3/28) Oelrich Declaration, *Dkt 19-5*



3/28/2022 (2021 season): 410 +15 pending reports ~ 425
As of 3/28 prior seasons:
2020: 396
2019: 504
2018: 346
2017: 393



| # of wolves | # of individual sportsmen |
|---:|---:|
| 10 | 1 |
| 9 | 1 |
| 8 | 1 |
| 7 | 1 |
| 6 | 1 |
| 5 | 7 |
| 4 | 8 |
| 3 | 16 |
| 2 | 37 |
| 1 | 153 |



EXHIBIT
Court 1