Dana M. Johnson, ID Bar # 8359
Wilderness Watch
P.O. Box 9765
Moscow, ID 83843
(208) 310-7003
danajohnson@wildernesswatch.org

Benjamin J. Scrimshaw, *pro hac vice*
Shiloh S. Hernandez, *pro hac vice*
Emily T. Qiu, applicant, *pro hac vice*
Earthjustice
313 East Main Street
P.O. Box 4743
Bozeman, MT 59772-4743
(406) 586-9699 | Phone
bscrimshaw@earthjustice.org
shernandez@earthjustice.org
eqiu@earthjustice.org

*Counsel for Plaintiffs*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, et al., Plaintiffs, vs. BRAD LITTLE, et al., Defendants. | Case No. 1:21-cv-00479-CWD<br>**THIRD EXPERT DECLARATION OF CHRISTOPHER SERVHEEN, PH.D.** |

I, Christopher Servheen, Ph.D., hereby declare:

1. I am over the age of 18 and am a resident of Missoula, Montana.

2. I hold a M.S. Degree in Wildlife Biology from the University of Washington and a Ph.D. degree in Wildlife Biology from the University of Montana.

3. From June 1981 to May 2016, I was employed with U.S. Fish and Wildlife Service as the Grizzly Bear Recovery Coordinator. In that position, I implemented the tasks in the Grizzly Bear Recovery plan and coordinated all the research and management of grizzly bears in the states of Wyoming, Montana, Idaho, and Washington. I also worked closely on grizzly bear management and research with authorities in the Canadian provinces of Alberta and British Columbia. I am presently the co-chair of the IUCN North American Bears Expert Team. This team is a group of North American bear experts who transfer knowledge and experience on bears from North America to the world community of bear biologists and managers.

4. I have published numerous peer-reviewed articles, technical reports, and book chapters on grizzly bears in the Northern Rocky Mountains and on other bear species around the world. I attach, as Exhibit A, a copy of my curriculum vitae, which sets forth in greater detail my professional and educational background, work assignments, recognitions, and awards.

5. The opinions and facts set forth below are based on my education and experience. They are consistent with generally accepted scientific research and methodologies.

6. Grizzly bears in Idaho are present in four grizzly bear recovery zones: the Cabinet/Yaak Ecosystem, the Selkirk Ecosystem, the Yellowstone Ecosystem, and the Bitterroot Ecosystem.

7. Grizzly bear populations in the Cabinet/Yaak and Selkirk Ecosystems are vulnerable because these populations are small in numbers and have limited connections to other grizzly bear populations due to human-cause fragmentation factors. The current minimum population estimate for the Selkirk Ecosystem is 40 grizzly bears (Kasworm et al. 2021a) and the current minimum population estimate in the Cabinet/Yaak ecosystem is 53 grizzly bears (Kasworm et al. 2021b).

8. There are three recovery targets for the Selkirk Ecosystem:

   a. 6 unduplicated sightings of females with cubs over a running 6-year average in the recovery zone and within 10-miles of the recovery zone in the US. **This recovery target has not been met**.

   b. 7 of 10 Bear Management Units (BMUs) occupied by females with young over a running 6-year period. This recovery target has been met.

   c. The running 6-year average of known human-caused mortality should not exceed 4 percent of the population based on the most recent 3-year sum of females with cubs. And no more than 30 percent of these mortalities shall be females. These mortality limits may not be exceeded during two consecutive years. **This recovery target has not been met.**

   d. Two of the three recovery targets for the Selkirk Ecosystem have not been met. Of particular importance is that the mortality limits for recovery of the Selkirk grizzly population have been exceeded.

9. There are three recovery targets for the Cabinet/Yaak Ecosystem:

   a. 6 unduplicated sightings of females with cubs over a running 6-year average in the recovery zone and within 10-miles of the recovery zone. **This target has not been met**.

   b. 18 of 22 Bear Management Units (BMU's) occupied by females with young over a running 6-year period. This recovery target has been met.

   c. The running 6-year average of known human-caused mortality should not exceed 4 percent of the population based on the most recent 3-year sum of females with cubs. And no more than 30 percent of these mortalities shall be females. These mortality

limits may not be exceeded during two consecutive years. **The total mortality limit has been met, but the female mortality limit has not been met**.

d. Two of the three recovery targets for the Cabinet/Yaak Ecosystem have not been met. Of particular importance is that the mortality limits for female grizzlies for recovery of the Cabinet/Yaak grizzly population has been exceeded.

10. The vulnerability of both the Selkirk and Cabinet/Yaak grizzly populations is high because these populations are already exceeding their mortality limits necessary to achieve recovery. Additional grizzly mortalities in these areas due to wolf trapping and snaring will further threaten the survival of these small populations.

9. While there is no known "population" of grizzly bears in the Bitterroot ecosystem there is ongoing and increasing movement of dispersing grizzly bears into this ecosystem as documented with radio-collared bears and photos taken by trail cameras in this ecosystem (Kasworm 2021c). These documented movements represent natural re-occupancy of this ecosystem. These dispersing grizzly bears into the Bitterroot ecosystem are very vulnerable to human caused mortality and wolf trapping and wolf snaring present a significant mortality risk to them and to the eventual re-occupancy and recovery of grizzly bears in the Bitterroot ecosystem. The Bitterroot ecosystem is an important defined recovery zone for grizzly bears because it is one of the few large habitat areas suitable for grizzly bear recovery and because it represents a steppingstone area between the Yellowstone ecosystem and existing grizzly bear populations to the north. Recovery of grizzly bears in the Bitterroot ecosystem will increase the resiliency of grizzly bears south of Canada by providing additional numbers and an additional area of suitable habitat for healthy grizzly populations. Grizzly bear observation data from the Idaho Fish and Game ("IDFG") include twelve grizzly bear observation reports in the Bitterroot Ecosystem

since 2012. Attached as Exhibits B and C to this declaration are copies of grizzly bear observation data downloaded from the IDFG website for Idaho's Clearwater and Salmon regions (in the Bitterroot Ecosystem). As long ago as 2007, Idaho Fish and Game published maps showing that grizzly bears may be present in large portions of the Bitterroot Ecosystem in Idaho (attached as Exhibit D).

10. Grizzly bears in the Bitterroot Recovery Zone are highly vulnerable to being attracted to bait, which is used to attract animals to wolf traps and neck snares. In 2007, one of the few grizzly bears to naturally disperse into the Bitterroot Ecosystem was drawn to a bear-baiting station in upper Kelly Creek, where it was mistakenly killed by a black bear hunter (attached as Exhibit E). This demonstrates how grizzly bears, even in an area of very low grizzly bear density, may be attracted from long-distances to bait set by hunters or trappers.

11. Grizzly bears enter winter dens to hibernate and while in dens are not vulnerable to wolf trapping and snaring if such wolf trapping and snaring starts after grizzly bears enter their dens and stops before grizzly bears emerge from dens. There are radio-tracking data from multiple studies over many years that demonstrate that some female grizzly bears have yet to enter their dens into mid-December and some male grizzly bears are still out of their dens into early January, particularly in years of poor snowpack and warmer temperatures as we are now beginning to see with ongoing climate change. Den exit is earliest for males who may exit their winter dens in late February or early March. By mid-March approximately 50% of males and 20-30% of females have emerged from their dens.

12. The Idaho wolf trapping season dates allow wolf foothold trapping in grizzly bear habitat on public lands in Idaho starting on September or October 10 and ending on March 31. Grizzly bears (and black bears) are still out of their dens and active and vulnerable to being trapped in

wolf traps or snares during the beginning weeks and months of the trapping season in the fall and the latter weeks of the Idaho wolf trapping season in the spring. The Idaho wolf snaring dates allow snaring in grizzly bear habitat on public lands in Idaho starting on November 15 and ending on March 31. Many grizzly bears (and black bears) are still out of their dens and active and vulnerable to being trapped in wolf traps or snares during the early weeks and the latter weeks of the Idaho wolf trapping season. The Idaho wolf trapping rules also allow year-round use of wolf foothold traps on private lands, including in grizzly bear habitat. Each of these wolf trapping and snaring dates places a significant number of grizzly bears at risk of being caught in wolf traps or wolf neck snares. Such captures are very likely to result in the death or maiming of any captured grizzly bears, especially if caught in snares.

13. Grizzly bears (and black bears) are opportunistic omnivores possessing acute sense of smell and are readily attracted to baits used in wolf trapping and snaring including dead animals, animal parts, and scents. A grizzly bear (or black bear) will rarely pass dead animals, animal parts, or scent without investigating the source of the odor. Thus, the use of baits to lure wolves to the vicinity of trap and snare sites and the use of scents at trap and snare sites will almost always also attract grizzly bears from long distances if this bait and scent use occurs during the time that grizzly bears are out of the den. Investigating these wolf baits places grizzly bears (and black bears) at high risk of being captured in wolf traps or snares as the placement of the trap or neck snare is along the path that a wolf or grizzly bear would use to approach and investigate the bait. The use of bait and scents associated with wolf traps or snares during the time that grizzly bears (and black bears) are out of the den dramatically increases the probability of capturing both species of bears.

14. During the fall and early winter, grizzly bears (and black bears) increase their food intake and their daily travel in search of foods to put on fat to survive during the winter denning period. This increased fall/early winter-feeding behavior of grizzly bears is called hyperphagia. During hyperphagia, as grizzly bears increase their daily travel rates searching for food, they are especially likely to be attracted to and investigate animal carcasses, animal parts, and scent lures. Since wolf trappers use animal carcasses, animal parts, and scent lures in association with wolf traps and snares they are likely to also attract and capture grizzly bears (and black bears).

15. During the spring after grizzly bears leave their dens, natural foods are generally in short supply because snow covers much of the landscape, green vegetation has not yet begun to grow, and insects are few and usually inactive. Grizzly bears (and black bears) frequently move to low elevation areas in early spring seeking early emerging vegetation and can use these low-elevation areas until snow melt opens up higher elevation habitats. During this time, grizzly bears seek any available food such as winter-killed ungulates, or other protein sources. Since wolf trappers use animal carcasses, animal parts, and scent lures in association with wolf traps and snares, if wolf trapping is active when grizzly bears leave their dens, grizzly bears (and black bears) are likely to be drawn to wolf trap sites with the high risk of the capture of these bears.

16. Wolf traps and wolf neck snares are a serious risk to grizzly bears (and black bears). We know that at least two grizzly bears were caught in wolf neck snares in North Idaho in 2020. One of these grizzly bears was killed by the neck snare while the other bear escaped by chewing off the snare cable and was wearing the wolf snare around its neck when it was shot as a mistaken identity kill by a black bear hunter. This grizzly bear would never have been able to get this wolf snare off its neck. Wolf foothold traps also capture grizzly bears, and even professional wolf trappers can capture grizzly bears. Attached as Exhibit F is a photo of a 600-pound adult male

grizzly bear caught in a wolf trap set by USDA Wildlife Services on the Flathead Indian Reservation. Attached as Exhibit G is a table by wildlife biologist, Diane Boyd, which shows incidental grizzly bear capture in traps set in Montana, including four traps set by wolf research-trappers. I also refer to the disclosure of Carter Niemeyer in this matter, which details numerous other incidents involving accidental grizzly bear capture in wolf traps and snares in Idaho, Wyoming, Montana, British Columbia, and Alberta.

17. Carter Niemeyer's declaration details numerous instances of black bears caught in wolf traps and snares in Idaho. It is important to note that wolf trappers have little to no incentive to declare that they have captured grizzly bears in traps because if the public knew about such captures there would be public pressure for such wolf trapping and snaring to be restricted or eliminated in grizzly bear range. We can use reports of fairly common black bear captures in wolf traps and snares as a window into the capture of grizzly bears in the same devices.

18. While the Idaho trapping regulations require reporting non-target captures like grizzly bears in wolf traps or snares, in many if not most cases, a grizzly bear will break off the trap chain or snare cable or chew through it and leave the trap site dragging the trap on its foot or the snare around its neck (see photos). I am aware of numerous cases when grizzly bears were captured in wolf traps and left the trap site with the trap on its foot. In such cases, there is nothing for the trapper to report (as required by law) as a non-target capture as the grizzly bear and the trap or snare are no longer present at the trap site. This leads to significant underestimates of the number of grizzly bears captured, killed, or maimed in wolf traps and snares.

19. Radio collars are unlikely to aid in identifying unreported grizzly bear captures. Fewer than 10% of grizzly bears in the Northern Rockies are radio-collared at any time. Most radio

collars have a mortality mode that activates after the bear does not move for between 4 and 6 hours. Mortality sensors in grizzly bear radio collars are based on a lack of movement as detected by an accelerometer inside the collar. A bear caught in a trap or snare will continue to struggle and record motion and the mortality sensor will not trigger. The mortality sensor is **not** triggered by a lack of movement from a site as detected by the GPS system in the collar. I have reviewed the website of grizzly bear radio collar designer and manufacturer, Telonics, which confirms that a mortality signal "relates to whether there has been movement detected by an accelerometer within a user-defined period…." Exhibit H. I also contacted Telonics directly, and a representative confirmed that mortality signals are based on an accelerometer not detecting movement for a specified period to determine the unit/animal is in mortality. Thus, a radio collar would not emit a mortality signal if a bear were captured in a foothold trap or neck snare because it would still be moving as it struggled in the trap or snare. If the bear escaped the trap-site with trap on its foot or the broken snare around its neck it would still be moving, and the collar would not go into mortality mode. Radio collars are a very ineffective way to determine if a grizzly bear has been captured in a trap or a snare.

20. To my recollection, I have not testified as an expert at trial or by deposition in any other cases over the past four years. For my services in this case, I am paid at an hourly rate of $200.

Pursuant to the requirements of 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct. Executed on September 22, 2023.

Christopher Servheen

Christopher Servheen

Literature Cited

Kasworm, W. F., T. G. Radandt, J. E. Teisberg, A. Welander, T. Vent, M. Proctor, H. Cooley, and J. K. Fortin-Noreus. 2021a. Selkirk Mountains grizzly bear recovery area 2020 research and monitoring progress report. U.S. Fish and Wildlife Service, Missoula, Montana. 69 pp.

Kasworm, W. F., T. G. Radandt, J. E. Teisberg, T. Vent, A. Welander, M. Proctor, H. Cooley and J. K. Fortin-Noreus. 2021b. Cabinet-Yaak grizzly bear recovery area 2020 research and monitoring progress report. U.S. Fish and Wildlife Service, Missoula, Montana. 108 pp.

Kasworm, W.F. 2021c. Grizzly bear recovery in the Bitterroot Mountains of Central Idaho and Western Montana, USA. International Bear News 30:21-23.



Grizzly bear claws/toes in a leg hold trap set to capture a coyote or beaver in Montana. The bear had broken off the anchor chain and was dragging the trap and remaining chain when it tried to

go through a fence. The trap chain tangled in the fence and the bear ripped his claws/toes off trying to escape.



A grizzly bear caught in a neck snare set for wolves in north Idaho in 2020. The bear chewed the cable which attached the snare to a tree and escaped but still had the snare firmly wrapped around its neck. The snare cable was deeply embedded into the neck of the bear and would likely never come off. This was one of two grizzly bears that were known to be caught in neck snares set for wolves in north Idaho in 2020. This grizzly bear was mistakenly shot by a black bear hunter who mistook it for a black bear. The hunter followed the law and reported this mistaken identification kill to authorities. Note that most such animals that escape wearing neck snares like this (or leg-hold traps) are never found or reported.