UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, FOOTLOOSE MONTANA, FRIENDS OF THE CLEARWATER, GALLATIN WILDLIFE ASSOCIATION, GLOBAL INDIGENOUS COUNCIL, THE HUMANE SOCIETY OF THE UNITED STATES, INTERNATIONAL WILDLIFE COEXISTENCE NETWORK, NIMIIPUU PROTECTING THE ENVIRONMENT, SIERRA CLUB, TRAP FREE MONTANA, WESTERN WATERSHEDS PROJECT, WILDERNESS WATCH, and WOLVES OF THE ROCKIES, <br><br>　　　　　　Plaintiffs, <br><br>v. <br><br>BRAD LITTLE, Governor of Idaho; JIM FREDERICK, Director of Idaho Department of Fish & Game; and DERICK ATTEBURY, DAVE BOBBITT, GREG CAMERON, JORDAN CHEIRRETT, RON DAVIES, DON EBERT, TIM MURPHY, Members of the Idaho Fish and Wildlife Commission, <br><br>　　　　　　Defendants, <br><br>And, <br><br>IDAHO TRAPPERS ASSOCIATION, NATIONAL TRAPPERS ASSOCIATION, and FUR TAKERS OF AMERICA, INC., <br><br>　　　　　　Defendant-Intervenors. | Case No. 1:21-cv-00479-CWD <br><br>**JUDGMENT** |

JUDGMENT - 1

In accordance with the Court's Memorandum Decision and Order dated March 19, 2024, (Dkt. 95), IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that:

1. Judgment is entered in favor of Plaintiffs.

2. The terms of the Court's injunction are as follows:

   a. Idaho Code § 36-201(3), which established a year-round wolf trapping season on all private property, is enjoined;

   b. The Director of the Idaho Department of Fish & Game and the Members of the Idaho Fish and Wildlife Commission are permanently enjoined from authorizing recreational gray wolf trapping and snaring on public or private land in grizzly bear habitat (which includes the Panhandle, Clearwater, Salmon, and Upper Snake regions) except during the time period when it is reasonably certain that almost all grizzly bears will be in dens—December 1 to February 28—unless an ITS is obtained from the Director of Fish and Wildlife Services;

   c. In light of the impending end of the 2023 – 2024 gray wolf trapping season, and the impracticality of suspending the current trapping season by 12 days, the Court's injunction is effective for the 2024 – 2025 gray wolf trapping season, or upon further order of the Court.

3. The Clerk of the Court is directed to close this case.

**IT IS SO ORDERED.**

Dated: **March 19, 2024**

Candy W. Dale
United States Magistrate Judge

JUDGMENT - 2